Please Return to Chambers Note Int Bearing Account PAGE 1 of 5

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES M. HALLINAN<br>Plaintiff,<br>v.<br>REPUBLIC BANK & TRUST COMPANY,<br>Defendant. | CIVIL ACTION No. 06 CIV 00185 (HB) |

# ORDER

WHEREAS, after a trial by jury, the Court entered judgment in favor of the Plaintiff, Charles M. Hallinan, on February 2, 2007, in the amount of $630,202.09; and

WHEREAS, the Court ordered Defendant on April 5, 2007, to deposit $630,202.69 in an interest bearing account in the Court's registry ("the Account"), pending further Order of the Court;

WHEREAS, Defendant deposited $630,202.69 into the Court's registry, receipt number of 611182-183, on April 9, 2007;

WHEREAS, the Court granted in part Defendant's motion for judgment notwithstanding the verdict on September 7, 2008, vacating $57,854.69, plus pre-judgment interest in the amount of $8,207.32, of the jury's award; and

WHEREAS, Defendant subsequently took an appeal to the United States Court of Appeals for the Second Circuit, which affirmed the judgment of this Court, and the Mandate of the Court of Appeals was docketed with this Court on March 25, 2009;

HL THEREFORE, it is hereby ORDERED that, on 5th this day of May 2009, the clerk is directed to draw a check in the amount of $564,140.68, plus interest accrued, payable to Mr. Charles M. Hallinan, to be sent by Federal Express to the attention of Andrew

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/11/09

K.Stutzman, Esquire, at the law offices of Stradley, Ronon, Stevens & Young, LLP, 2600 One Commerce Square, Philadelphia, Pennsylvania, 19103-7098.

The Honorable Harold Baer
District Court Judge

Formatted: Font: 8 pt
Formatted: Right

# 924560 v.1