```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/09
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CHARLES M. HALLINAN,

   Plaintiff,

v.

REPUBLIC BANK & TRUST COMPANY,

   Defendant.

CIVIL ACTION No. 06 CIV 00185

### ORDER

WHEREAS, after a trial by jury, the Court entered judgment in favor of the Plaintiff, Charles M. Hallinan, on February 2, 2007, in the amount of $630,202.69; and

WHEREAS, the Court ordered Defendant on April 5, 2007, to deposit $630,202.69 in an interest-bearing account in the Court's registry, pending further Order of the Court;

WHEREAS, Defendant deposited $630,202.69 into the Court's registry, receipt number of 611182-183, on April 9, 2007;

WHEREAS, the Court granted in part Defendant's motion for judgment notwithstanding the verdict on September 7, 2008, vacating $57,854.69, plus pre-judgment interest in the amount of $8,207.32 of the jury's award; and

WHEREAS, Defendant subsequently took an appeal to the United States Court of Appeals for the Second Circuit, which affirmed the judgment of this Court, and the Mandate of the Court of Appeals was docketed with this Court on March 25, 2009;

WHEREAS, Plaintiff was paid $569,140.68 from the Court's registry in satisfaction of the judgment, as per Order of this Court dated May 11, 2009; and

WHEREAS, Plaintiff's Bill of Costs was docketed as an additional judgment in favor of Plaintiff and against Defendant on May 14, 2009, in the amount of $7,061.25.

THEREFORE, it is hereby ORDERED that, on this 72 day of JUNE, 2009, the Clerk is directed to draw a check in the amount of $7,061.25, payable to Mr. Charles M. Hallinan, to be sent by Federal Express to the attention of Andrew K. Stutzman, Esquire, at the law offices of Stradley, Ronon, Stevens & Young, LLP, 2600 One Commerce Square, Philadelphia, Pennsylvania, 19103-7098.

BY THE COURT:

_[signature] 6/18/09_

Harold Baer
District Court Judge

# 949233